UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Cr. No. 1:22-cr- |
| ) | |
| JOHN E. MURRAY, III    ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 24th day of October, 2022.

This 24th day of October, 2022.

JANE E. YOUNG
United States Attorney


By: /s/ Kasey A. Weiland
    Kasey A. Weiland
    Assistant U.S. Attorney


WARRANT ISSUED: _____