EXHIBIT A

April 26, 2022

To Whom It May Concern:

My name is ▮▮▮▮▮▮▮▮▮. I am the mother of John Murray.
I am aware of the seriousness of the charges.

My son, John, has shown an unusual amount of caring for
older people since he was a young boy. Of course he cares for
me (I am 87.) but I am writing about years ago. I am not writing
about the typical love of a grandson for his grandparents. I
mean a heart, patience, and understanding for not only his Memere
and Pepere (my parents); my aunts Viola, Cecilia, and Loretta (my
mother's sisters)also received this care and affection. Beyond
that, John took the time for elderly people in our community.
This caring did not fade away when John became a teenager. He
took the time to listen and, of course, helped with errands and
chores if needed.

My son John moved away from Winchendon many years ago. How-
ever, from the stories I hear in conversations with him and his
niece and nephews, he cares for the old people around him where-
ever he is, with patience and heart. I hope he will be able to
continue this good work.

Sincerely,

▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

April 20th, 2022

To Whom It May Concern,

My name is       , and I am writing this letter on behalf of my uncle, John Murray. While I neither seek to disparage the serious nature of the charges presented in this case, nor condone any such behavior, I feel compelled in this statement to speak about the John Murray I know: to his character and his ability to leave a positive impact going forward if given the chance to do so.

John Murray has played many roles in the production that has been my life: uncle, godfather, teacher, employer, and champion of my happiness and success. John has always been someone with incredible wit and an unmatched sense of humor. However, while those qualities certainly make him likable, it is his ability to see beyond the insecurities and doubts that people have about themselves and look instead at their potentials that makes him truly admirable in my eyes.

As his student, I was always amazed by his ability to make learning fun and exciting - from the most tedious grammatical rule to the most confusing mathematical concept. As I grew up, I learned that his acumen as an educator came from his innate ability to really *see* those around him. He believes in people -his peers, his students, and his friends alike- and has always encouraged them to find their own unique voices and paths to achievement.

Human beings are complex, with lives that twist and turn like plots in a novel. The stories of our lives are composed of thousands of words and hundreds of pages…some of which we are proud, and others that highlight choices that leave our "readers" questioning our actions. However, when given the opportunity to continue writing the pages of our lives, many of us have the proclivity for making our narratives stories of vindication, courage, and redemption.

My uncle, John Murray, has proven time and time again that he can and has helped others, myself included, find the bravery and creativity needed to change their stories for the better. His kindness and empathy have always remained resolute no matter his circumstances, and his determination and drive have never faltered in the face of difficulties - whether they be in the classroom, in a business meeting, or in a conversation with a friend. I have no doubt that he will continue to encourage, advocate for, and inspire countless others if given the opportunity to continue writing the chapters of his life's story.

Sincerely,

April 24, 2022

To Whom It May Concern:

My name is ████████; I am the older sister of John Murray. I am aware of the seriousness of the charges leveled at my brother. I have a story to tell.

John and I had a close relationship growing up, enjoying many activities together, regardless of our six year age difference. I was an attentive older sister; John knew he could count on me.

After a year and a half of college, I left school because hypoglycemia/low blood sugar made it impossible to continue my studies. I returned home, angry and emotional, neither the sister nor daughter I had always been. Eventually I recovered, but how would I make amends?

John made it easy. We moved past this upset in our lives and continued our sister/brother relationship. Without saying so, John, by his actions, let me know that he knew I was sorry and, more importantly, that he would continue to trust and count on me. This confidence meant and means the world to me.

I returned to college and, after graduation, became an elementary school teacher. John, hearing my stories and visiting my classroom, decided that teaching was his vocation as well. In a short time, we were teaching together in Winchendon; those were years of encouraging, challenging, and caring for our students, always remembering that learning should be fun.

Even though I have retired from full-time teaching, I continue to practice my vocation, living a life of purpose and service. I believe John can also live a life of purpose and service, if given the chance to do so.

Sincerely,

████████████

April 21, 2022

To Whom It May Concern,

While I absolutely understand the serious nature of the charges, I would like to share my experiences with Mr. John Murray.

I met John thirty-two years ago at our public elementary school in Winchendon, Massachusetts. He was a charismatic fourth grade teacher who was caring and empathetic toward his students as well as their parents. I recall many parents requested John as their child's teacher. As a colleague John was passionate as a teacher and it was infectious to me! As I watched and learned from John, I was encouraged to try new teaching methods that were beneficial for my students as well. Some of these early summers were spent taking courses with my colleagues including John. He always participated in all of the required activities with great exhuberance which was great for team-building within our district! We were able to utilize many of these activities when returning to school in the fall.

During these early summers I was asked by John and his mom and sister if I would house-sit while they spent time in Maine. I was happy to do this for them. There were times during these summers that John came home to work. I fondly recall many an evening chatting with John about life and the many adventures it had in store for the both of us. John was always such a good listener, and I always felt special that John had chosen me to share his dreams and aspirations with!

As a person John is a generous and kind man. During many summers John invited myself along with my family to visit at his Lake Winnipesaukee home. On one such occasion he took my family along with my parents on a lovely boat ride touring the lake. Other times he had four kayaks available for my children, his sister, and myself to take at our leisure for fun trips out on the lake. This showed his thoughtfulness through considerate gestures for my family which we so appreciated! We always felt welcomed and had such fun while staying on numerous occasions at the lake.

In my opinion, if given the opportunity, Mr. John Murray will continue to be an empathetic and kind-hearted citizen.

Sincerely,





Re: John Murray

To Whom it May Concern,                                   Wednesday, April 27th, 2022

My name is [redacted], and I'm the Co-Founder and CEO of One Tent Health, which is a 3,000 volunteer community-based HIV screening, COVID testing, and voter registration nonprofit that provides free services in the lowest-income, and most underserved neighborhoods of our nation's capital, Washington, DC. I also know John Murray as my first employer and have considered him to be a near-Uncle for close to the last 15 years. Though I know the charges against John are heinous, I wanted to write a letter to share with you the other aspects of him that led to his becoming a loved mentor, boss, and friend of mine.

John was the first boss I ever had. I was 14 in the Springtime of 2008 when my Dad let me skip a Friday of school and drive up to Lake Winnipesaukee to apply for summer jobs. That morning I arrived at Hannaford in Alton, completed my first job application, and then proceeded to ride around town and complete 12 more. The last place I applied was somewhere I'd never heard of before that day, but one that became my home for the next five summers and beyond: It was West Alton Marina.

I met John my first time there. We hopped into his truck, drove around, and talked while he completed tasks that needed his attention. He invited me back for a trial run a couple months later, it went well, and then I joined the Marina (WAM) as a "Gas Dock Kid" along with four of his nieces and nephews who all become some of my best friends in the world. We mowed lawns, weeded, painted barns, moved chunks of demolished houses, built parking lots, and chopped wood on the weekdays; then served customers with gas and freeze-pops on the weekends, and John was there for all of it. John taught me about being nice and kind, about hard work, about being in the trenches with your team, and about customer service. He was beloved in the WAM community and a person with principles. In spite of the charges, I think he's extremely fair, and to this day I model some of my best reactions to people's mistakes on how kindly he treated me at times like when I accidentally backed his beloved truck into tall grass-hidden equipment and scratched it. He was, and is, understanding and forgiving. John's also warm, inviting, and unaccepting of jerks. He's the type of person who follows through on what he says, and (charges aside), someone who can be trusted to take care of the people he loves. I think he's a good man, who doesn't mean harm, and can improve.

I structure my life now around what's right and good. That intent has led to more than 10,000 low-income people being tested for HIV and COVID without charge, along with over 20 community members being employed to help get it done. The good ways I like to treat people – with a laugh, smile, hug, help, and high five – were developed in medium-to-large part because of my Uncle John's influence. I think he's a lot more parts good than bad, and that a lot of people, and people they know, would really benefit from his being with us and free again.

Thank you so much for your consideration and time, and good luck in your process,


4/27/2022
Date

April 25, 2022

To Whom It May Concern:

While I absolutely understand the serious nature of the charges, I would like to detail my experiences with John Murray. John has been a close family friend for over twenty years. During that time, John was also my employer at West Alton Marina for five years. John has been a role model, mentor, friend, and father figure to me for almost my entire life.

My first experiences with John when I was a child were full of nothing but laughter and happy memories. I spent my summers on Lake Winnipesaukee, and John and his partner, Brian Fortier, were often at our cabin for many family dinners, game nights, and days full of swimming and boating. My favorite memory, which became an annual tradition with those that would soon become lifelong friends, was when John and Brian brought their nieces and nephews to the cabin to go tubing. It was my first time, so naturally I was terrified. As would become the norm, John encouraged me to push past my fear and try it anyway. It was one of the best days of my childhood, filled with swimming, tubing, and harmless pranks with those that I would soon consider family.

Several years later, Brian and John purchased the cabin from my family, which would have been absolutely devastating had they not invited my mother and me to continue to spend our summers there with them. At this time, they also invited their nephews to stay at the house while working at West Alton Marina. It was not until the following year that I began working at the marina as well, along with John's niece and nephews. I had always loved John, but it was working for him at the marina during such a significant time in my development that he became one of the most important people in my life. There were many aspects of my job, if not all of them, that were outside of my comfort zone. I had never mowed a lawn, edged a mulch bed, washed a car, stained wood and so much more before working there. John was always patient, a fantastic teacher, and a boss you could count on to right any wrongs or defend you against a disgruntled customer. It was impossible not to feel capable and confident in whatever your task for the day was when John was there to support you. More than that, he taught me so many things that I would need in life, from how to put air in my tires to how to wash siding on a house to how to stand up for myself.

At home, dinner was a fun, loud, group effort, along with our chores. He provided structure and taught us all responsibility in ways I wouldn't have imagined from a simple "summer job." More than that, we all had some of the best days of our lives on the lake, with our after work swims, game and movie nights, trips for ice cream, and more. Eventually, they purchased a jet ski, and John took us to get our boating licenses and taught us how to drive them. While driving the jet ski one fateful day, it flipped and there was about $8,000 in damage. I was horrified, felt terribly guilty, but John was unbothered. He was calm, handled everything, and joked and laughed at how funny I must have looked when it happened. You could always go to John with anything and know that he would somehow make it better.

Every year, John would take his niece, nephews, and me to the outlets. It was our "bonus," but in actuality, it was him taking care of us like he always did. Our families were not well off, so he would take us shopping for new clothes or whatever else we needed. They were always far more expensive than anything any of us could afford, and we were all always so excited to have these beautiful things that we never would have been able to have without him. I still have everything he bought for me and I am still struck with appreciation for his kindness and generosity when I wear them.

In the years after I stopped working at the marina, John was still just as important to me. He continued to care about me, to consider me as his own niece, to encourage me, and to applaud the milestones and successes in my life. I never stopped seeking his approval either, every time I purchased a new car, when I met my husband, when I bought my house. He was the father I didn't have and he had never let me down.

It is my sincere hope that the court takes this letter into consideration. Despite the case, I still wholeheartedly believe John to be a good person and a valuable member of the community.

Sincerely,



███████████

April 25, 2022

To Whom It May Concern:

I am writing on behalf of John Murray, who has been a dear friend of mine for twenty-two years. Having known him so well, I feel I have a duty to show the court who he is as I have known him. During this time, John has always been a wonderful and caring friend to my family and to me.

John is an incredibly charismatic, friendly person who was always beloved by many. He and I were like siblings and he always treated me as such, and in turn treated my daughter, ████████████ as his niece. Furthermore, he was a close friend to my late mother and my younger sister, and treated both as family as well.

One of John's best qualities has alway been his kindness and the way he cares so deeply about the people in his life. It has been my experience that people too often put themselves first, but this has never been the case with John. He has always been the type of person you can count on to go out of his way for you, which is a trait that is far too rare. John has been exceptionally generous and always willing to help others in whatever way he could, whether that be with time, money, physical labor, knowledge, etc. As a single woman, John helped me, and my family, in more ways than I can name. He assisted me in buying and selling my vehicles over the years, he would come to Rhode Island to help with large household projects, and he even came to help us move back into our house after a devastating flood. Additionally, after purchasing our family cabin, he packed the house up for my elderly mother as she was unable to.

My daughter is the most important person in the world to me, and I entrusted her care to John during the summers from the time she was fifteen years old so that she was able to work at the marina. She stayed at the cabin with John, Brian Fortier, and their niece and nephews each summer for five years while she worked there. I never once doubted

that she would be safe, cared for, and treated with respect and love while under his care, and I was correct. Living and working with John and his family provided some of the most significant experiences of her life and afforded her so much, including lifelong friendships, and lessons in responsibility that she would never have gotten anywhere else.

John Murray has always been kind, generous, trustworthy, and someone you can depend on. While I am aware of the severity of this case, I still regard John as a great man who I am privileged to call a friend. It is my hope that the court takes this letter into consideration.

Sincerely,



# COURT REFERENCE LETTER

███████████████

Date: April 15 2022

To Whom This May Concern,

My name is ███████████ and proud to offer my recommendation of John Murray to whom I have personally known for 25 years as my friend.

During my relationship with John Murray over the last 25 years, he has been my best friend. He is thoughtful, loving, kind and giving. His laugh is unlike no other and immediately makes you smile. To say I love this man is an understatement. He has been my confidant, best supporter, advisor and friend. Always there when needed and always there to lend a hand. He is a warm and funny. He has been nothing short of amazing over the last 25 yrs. Has seen me through many life changes all with a smile a hug an ear. Has also been there for my kids listening, loving and advising when asked by them. There is nothing I would not do for him. We have traveled together, decorated together, thrifted together, and have had so many moments over the last 25 yrs that it's hard for me to remember them all. I remember once taking a trip to home depot in Florida when I was visiting and there was a homeless man asking for money, without hesitation John stopped not only giving him some money but conversing with him as well. Always more is how he treated the people he loved. He was part of my family. He was involved because he loved and cared. If he loved you there was NOTHING he wouldn't do for you. I Consider myself blessed to be part of his life. He always tried to make whatever it was better. He never wanted anything in return. He was just that way. Giving a kidney to a friend in need of one! He was always surrounded by a positive outlook. He is "my person". The one that if you find, you know that you will never be alone . Steadfast and strong. Giving and funny. Loving and kind. Compassionate and supportive. I miss my friend. I love my friend.

Please do not hesitate to contact me if you should require any further information.

Sincerely,



Signature _____
By ███████████ Date: April 15 2022

Page 1

April 20, 2022

To Whom It May Concern,

My name is [REDACTED] and I recently transitioned to being a stay-at-home parent. However, for the past eleven years, I worked in Student Affairs for Residential Life and Education Offices. Before that, I was a Residential Counselor working with children who were removed from their home by the state. From my career choices, it might be unsurprising to learn that helping others, creating inspirational spaces, and championing someone through a tough transition has always been a passion of mine. I suppose that brings me to why I am writing to you today, because from the age of about ten, Mr. John Murray was one of those people for me.

I first met John Murray as a very shy middle school student. The school structure at that time was a group of students 4-6 grade where in a "pod" together and kept the same set of teachers. So, John Murray was a my teacher for three years. He was a teacher that noticed when someone was keeping themselves on the sidelines and found ways to empower them to join in or find their voice. In my case, it was very quiet and observed rather than joining in. He took the time to notice and asked the right questions to help me understand why I was staying so far away. In addition, he was patient and reassuring, especially when worried kids were struggling to read their section of the book to the class. I think I turned my fear of reading into a well-loved hobby due to John Murray's support as my primary English teacher. He also championed students to be themselves and to celebrate it. An inner strength that very middle schoolers possess and, as a person battling epilepsy, it was very much needed. He greatly helped formed my confidence to be my true self and to find joy in each day.

Furthermore, my connection with John Murray continued to grow because as a close friend to his niece (Caela Provost). And being welcomed into the Provost/Murray family is liked being adopted because you are invited to all celebrations and seasons of life. As a result, some of my best memories are with that extended family and many of those memories had John Murray. I always felt welcomed, safe, and loved. I was always celebrated for who I was and there was a great investment in my achievements throughout the years. I always looked forward to connection with John Murry. Partly because he wonderful to be around and partly because I wanted to show him that my light was still shining. I was still working to make him proud as one of my teachers who had a strong impact on my life. And it is incredibly painful to reconcile the charges against John Murray with the person brings life to many incredible memories.

Needless to say, I am still processing and supporting my dear friend as she processes as well. The entire world seemed to turn over on itself. As I am not involved with the case, I have no knowledge of what transpired between John Murray and any individuals involved with the allegations. However, I think a great deal of pain was caused and my soul is heavy and praying for those individuals that hurting. I appreciate everyone in the legal system that is involved in this case for their time and service. I cannot imagine the heavy weight a case under these circumstances can create.

Thank you for your time,

[signature]                                             April 20th, 2022

[REDACTED]

April 18,2022

Your Honor,

I know John Murray as a talented teacher who has an infectious sense of humor and an enthusiasm for his work that spelled success for so many of his students. In 1989, I hire John as a fourth grade teacher at the Memorial Elementary School in Winchendon where I was the principal. I had hired John's sister, Lynn, as a teacher a few years before and was impressed with both her talent as a teacher and her genuine empathy that she had for her students. I sensed those same qualities when I interviewed John and hired him believing that he would be an asset to our faculty.

Ironically, I didn't work directly with John. Over the summer I took a position as a principal in North Andover. However, I continued to live in Winchendon and, with two of my children still students in Memorial School, I heard a lot about Mr. Murray and it soon became evident to me that my choice of John as a teacher was a benefit to the school. John was a popular teacher among the students and was sought by many parents when classes were being organized for the school year. John became a leader among the teachers as well.

At that time, Memorial School included grades K-5 organized into six pods, each of which contained five classes of 20-25 students, a large elementary school. While I was principal, we had struggled with the desire to provide students with some of the benefits that smaller schools can provide to students, especially with the sense of security that can come to students who go through school with a smaller cohort and a limited number of adults with whom they interact. John was instrumental in creating, and selling, a concept of having a school within a school, where children were organized in classes that, for the most part, didn't change from year to year, and progressed from grade to grade within the same pod and the same group of teachers. That he could convince the Principal, Superintendent and school committee says a lot about John's enthusiasm and commitment. He led a pilot program for 2-3 years that was very successful and popular among parents and children. In a sense, the program became a victim of its own success. The pilot couldn't accommodate all the children whose parents wanted them in the program, and the administration wasn't willing to take the step to organize the whole school into cohort groups.

When John left Winchendon for New Hampshire, I learned of the different directions that his life was taking from conversations with his sisters, Lynn and Maureen. While his change in careers was a loss to education, I believed that that John's personality would serve him well in whatever he did. A couple of years ago, my son Tom, who works and lives in Truro MA, called to tell me that he had spotted John in the garden center where he works, walked up to him and asked: Mr. Murray?  In a few weeks, we reconnected over a cookout at my son's house with my wife and Tom's family. There was a lot of catching up and reminiscing and it was very clear to me that John was the same enthusiastic, positive thinking, and fun-loving person whom I hired 30 years ago.

I do understand that John has been charged with serious crimes. Like many who know John, I have a difficulty reconciling this with the person that I know. I believe that John is the type of person who will emerge from this situation, however it is adjudicated, with a renewed commitment to make a positive impact on this world.

Thank you for your consideration.

To Whom It May Concern:

My name is ▓▓▓▓▓▓▓▓▓ and I am writing this letter on behalf of my uncle, John Murray. John has always been a positive influence and a productive member of the communities he has been a part of. I have had the unique privilege to share most phases of my life with him not only as a relative, but as a student and employee as well. In all of these scenarios, John's generosity, empathy, and capacity to care for others was always on display.

As an uncle to my siblings and I, John has always strived to make our lives better whether it was something as "big" as helping us finance our first car or as "little" as picking us up when we were feeling down with a funny comment or joke. John has the rare gift of being able to cheer up and bring happiness to others even in dark times. There were many times I recollect a friend of his was going through a hard time or was diagnosed with terminal illness and he would go out of his way to host a get together to surround that person with love, fun, and support. He was even willing to give a kidney, and ultimately did, to a friend who needed a transplant.

As a teacher and as a supervisor, John always was supportive, understanding, and patient. I owe much of my success in academics, and even more so my success in a professional setting, to his ability to teach and inspire. I know that without his guidance, I would have a fraction of the skillsets that have propelled me forward in my professional and personal life. Without a doubt I can say that the students and colleagues that shared the same moments in time with me learning from John would echo these same sentiments.

While I fully understand the seriousness of the allegations brought against John, he still has so much good to offer. I know, if given the chance, John will be a productive and positive member of society.

Thank you for your time and consideration,

https://mail.google.com/mail/u/0/#inbox/FMfcgzGpFWPknhPkcCPvRhjZtkRSNDnC?projector=1&messagePartId=0.1

April 18, 2022

Your Honor,

I am writing this letter on behalf of John Murray. I am a mother of two grown sons, a grandmother, a retired elementary school teacher, and a longtime friend of John's. I have known John for over 40 years. I met the Murrays when John's son and I taught together. I was impressed with John's relationship with his family, which was genuine and comfortable. It was obvious that John was very much loved and that he truly loved his family.

I got to know John better through the years that followed. My family would visit with his family at the beach in Maine. John was always there to make us feel welcome and I loved seeing how much fun my sons had when he was around. I watched him with his sons and nephews and was in awe of what an amazing uncle he was. It was clear that there was a very special bond between him and his sister's children. I know that John has been an important part of his sister's life. There all adored him, as they do to this day. I know that John has been an important part of his niece's and nephew's childhood; he played an active role in their development, and in their becoming the wonderful people they have become.

Since John was also a teacher, we had many interesting discussions about the profession. We shared many habits, and interested many students about our experiences. One thing that was clear to me, was John's genuine concern for his students. He wanted to provide the best academic experiences for them, but it was also important for John to teach his students how to be good human beings and productive members of society. He told me about how he would take his students to visit with residents at a local nursing home, and that this was important for both the residents and the students themselves.

In all the time I have known John, I could sense that he had a yearning desire to help make things better for those around him. John and I write to each other on a regular basis; he relays to me anecdotes of organizing events for his music majors, inserting to these stories without judgement, and trying his best to model a positive outlook, respect, and dignity. He has worked very hard with a wise man who struggles with reading and writing, and in his letters to me, John is always so proud of the progress that the man is making, as well as the man's newly-gained confidence. John has said so many times that he really wants to do good and make a difference. I believe he is doing just that.

I understand that John has put himself in his present situation because he made some poor choices. However, I think that given a second chance, he will do all he can do, as I previously mentioned, "do good," not just to those closest to him, but to the community as well. As a mother of two grown children, a grandmother, a teacher with thirty-five years of experience, and someone who has lived both abroad and at different times here in the USA, I believe that I have developed good instincts about people. My instincts tell me that John Murray is a genuinely good person who wants to better himself and to help others. I believe in my heart, that if anyone deserves lenience, it is he.

I thank your respectfully for your consideration.

Sincerely,

# NETZERO Message Center

From: [redacted]

To: [redacted]

**Sent:** Thu, Apr 21, 2022 05:44 AM

**Subject:** John Murray

---

21 April 2022

Subject: John Murray

Your Honor,

I have been a friend of John Murray since 1996. He was a Teacher in the Winchendon School District at that time, and taught both my daughters in Grade School. He has always been a pleasant and knowledgeable Man who took great care of all the Children entrusted to his care. I have always found it a pleasure to talk with and work with John in any and all aspects. My Wife and I cherish the memories of Field trips and projects we were involved with John.

John is an outgoing and well spoken Man, who brings a calming and consistently enlightening presence to any and all encounters. I find Him to be a person of great Knowledge and Understanding. He is a person, that although retired from teaching, is concerned with enlightening others to Learning and growing further in life. I Always look forward to seeing John, as do my Daughters who studied under Him in Grade School.

John's Has Contributed Greatly to This Community as a Teacher, and I am sure His endeavors continue to enhance any, and all who encounter him Today. This well Educated Man has much potential to shape His Surroundings and Society and I look Forward to seeing Him in the Future. I know His Positive Attitude and Outlook have a Consistent impact to All who have known him. I, for one am Proud to call John a Friend.

Sincerely,

[redacted]

United States Air Force Retired

4/11/2022

Your Honor,

My name is ███████████. I am writing on behalf of my Uncle John Murray. I come from a family of teachers, all of whom have positively changed lives, guided those in need, and acted as role models for our community. My Uncle John is one of them. I've known John my entire life. Despite his imperfections I have many fond memories and moments spent with him as my uncle, my teacher, and my employer. From these memories and experiences he has taught me important life lessons: take care of those you love, take care of what you own, always work hard, and have a great sense of wit and humor.

A dear friend of mine told me that "good people do bad things and that there is always a chance for redemption." As human beings we are flawed and we make mistakes or choices that we regret. These moments do not redefine a lifetime of good. If given the chance I know my Uncle John will be a productive, hardworking, and kind member of society.

Sincerely,



Sept. 21, 2021

Your Honor,

This letter is to share some positive memories I have in support of John Murray.

I first met John when he became one of the founding teachers in a Multi Age Team Teaching Program in our public school. (MATT Program) He was a phenomenal teacher and the student success in his class was proof of his exemplary teaching. My children flourished in this program.

John was also instrumental in beginning a ski program in the school system. He and a group of teachers would volunteer their Tuesday evenings all winter to provide a ski program that many children would not have otherwise been able to experience. My children loved this program.

When one of my children had difficulties in Math in middle school, I hired John as a tutor. He made it fun, and my son's grades came right back up. Often times we would invite him to join us for dinner. It was always a good time and he was a good role model showing the children how to be polite and helpful.

A yearly event while my sons were in the MATT Program was a walking hike to our farm through the Historic section of town. John and his team of teachers organized this trip for the entire class. He was very organized with all required paperwork. The local history he shared with the students was something not learned in the classroom. Once the class reached the farm John worked with the students to assist in preparing an authentic Thanksgiving dinner. This was a great lesson he taught that his students remember to this day.

One final memory I would like to share but is probably the one I am most grateful for is a time when our family was grieving over a number of family deaths. My youngest child was having a difficult time and would attend school but wasn't always able to make it through the day. John was the homeroom teacher and would call me with no attention drawn and I could go right to the school. We all healed, but I am forever grateful to John for his understanding and kindness.

John has made a positive impact on so many people's lives. We are grateful to have him in our lives.

Sincerely,



April 5, 2022

RE: John Murray

Your Honor,

I am writing this letter on behalf of John Murray. I have known John his entire life as I am his cousin and grew up next door to him. As such, I feel I can comment on his character. John has always been a responsible, dedicated, well respected and compassionate family member, employee, friend, and community member.

As a family member, he has supported all of us in the ups and downs of life, and his loyalty has been unwavering. He is truly a caring person by nature and is always willing to help anyone, however he can. He has always been especially attentive to his elderly family members and treated them with respect, gentility and compassion.

As an employee, John is dedicated and hardworking. He gives 110 percent all the time and works meticulously to complete any project he undertakes. He is a natural leader and was once asked to leave his teaching position to fill in as an interim administrator when the principal went out on sick leave. He is well respected, creative, and has the ability to develop a cohesive work/team environment. He organized and implemented a ski program for kids who otherwise wouldn't have the opportunity or means to participate in this type of activity. He coached soccer and while they may not have had a winning record, John made it fun to participate.

As a community member he volunteered countless hours to his town and Historical Society. He helped with many community events throughout the years. He would often volunteer to do the things that many would not do such as set up and clean up. Fundraising organizations loved him because he would answer their call to be the person in the dunk tank or receive the pie in the face. They knew his participation would raise their bottom line significantly.

Certainly he made a mistake. He has to live with this. I know that he is the type of person that learns from mistakes and strives to do better and make good choices. John is genuinely a good and compassionate person.

I hope that this missive gives you a glimpse into John's character. Further, I hope that he is given a chance to prove this was an uncharacteristic occurrence. I appreciate the time you took to read and consider this letter.

Sincerely,



April 30, 2022

To Whom It May Concern:

I have known John Murray for over twenty years. As a former boat owner, I met John when we would gas up at West Alton Marina. When we eventually decided to rent dock space at a marina, because of our interactions with John, we decided to make West Alton Marina our "summer Home". He was always outgoing, friendly and made you feel welcome. As the years passed the casual friendship developed into a strong trusting relationship which continues today. We also became friends with many of his family members and he with mine.

John has been there for me in times of need. I could discuss anything with him and know I had his unconditional love and support. He was there for me when I lost my son. He was there if I needed advice. I was and still am there for him. I knew that what we talked about would go no further. I have seen him be a help to many others too. There are not many people who would give a kidney to a friend or stop someone from committing suicide.

We were welcomed to spend time with him at his Florida home. He also opened his home to my daughter and a friend. I opened my home to his nephew ▮▮▮▮, who I now look at as another son. Through the ordeal that John has been facing these past months I have become close to his sister Maureen and I look at her as a dear friend. The bond continues.

Thank you, Your Honor, for taking my thoughts into consideration as you decide John's fate. He is a good man and a good friend. He has much to offer upon his release. If you need any additional information on anything I have said, I am more than happy to provide it.

Most Sincerely,



April 20, 2022

Your Honor:

I am writing this letter on behalf of my brother-in-law John Murray. I have known John for a little more than 36 years. I am a father of 4 children and work as an administrator for the Greater Commonwealth Virtual School System, serving at risk students. From the moment I met John, I could see that he was driven to serve. As a young teacher. I observed John advocating for programs that would benefit all learning levels. He advocated for multi-aged classrooms and worked to solidify the teaching teams that supported these classes. This multi-aged program would prove to create pathways for students to excel as well as creating leadership opportunities for peer tutoring and reciprocal teaching for those who needed extra help. He was instrumental in establishing a cost-effective ski club that introduced an extracurricular experience to students that otherwise would not have been fiscally possible. Together, we volunteered in town, coaching youth soccer for many seasons. I also chaperoned for many of the educational field trips that John planned. He was tireless in helping students to achieve, always finding time to work with students and their families. He has an unwavering desire to find solutions to challenges. He has assisted his sister and I countless times with the never-ending home projects. He has devoted time and energy, contributing to the development of his niece and nephews. His contributions to the towns music and arts programs not only assisted his family to be able to experience the full spectrum of the arts but it also allowed many families to have this opportunity as well. Recently, John donated a kidney for a friend. He stepped up when family members chose not to. This unselfish choice saved her life.

In his present state, John has redefined his purpose. He is modeling mindfulness practices and teaching these skills to his peers. He is helping them to establish a community that incorporates healthy routines.

When John returns to the community, I know that he will find a way to make a positive impact. He will continue to serve. It's how he is wired.

Respectfully:

March 16, 2022

Your Honor,

I write with sincerity and hope on behalf of my younger brother John Murray. Although imperfect, there are many characteristics he possesses that make him an important member of several communities and society. I am requesting leniency because without question he will have a positive impact on many when he re-enters society. I am a daughter, mother, wife, sister, volunteer, and professor.

John is a hardworking, dedicated, kind, resilient, compassionate, caring, generous, understanding, intelligent, and good natured human. Moments that support these characteristics are many.

John worked from the time he attained a work permit, paying his way through college while working in retail until he earned his degree in education, like my sister and me. We are all first generation college graduates. Throughout this time and for many years he was a teacher, tutor, volunteer, and community member giving his time, donations, and expertise to help children and families in the community: co-coaching soccer; advocating for, creating, and implementing a low/no cost after school ski club and spending countless hours on PTO. He planned, fundraised, and implemented a multitude of educational field trips and events that students in our low socio-economic community would not otherwise be able to experience, never making anyone feel "less-then". None of his students knew who could pay and who needed assistance.

When he left teaching he remained invested in the community volunteering and offering financial support. Additionally, he became that person at the marina. He helped a multitude of people, giving them encouragement to apply to college, enter the military, or enter the workforce in their chosen trade. I know based on the amount of work my own children did at the marina, that he modeled and helped instill a strong work ethic. As a brother and uncle, John was helpful and supportive of us and our children whether assisting with house repairs, working on homework, or lending an ear with a positive attitude and smile! We shared many wonderful times together throughout the years including when our oldest children worked at the marina. We continue supporting each other despite this situation. Although we have not always seen eye to eye, like any family, when he is wrong he apologizes and makes amends. Recently, he donated a kidney to someone whose own children did not, saving and extending her life. I also know that he helped many who had reached the end of their rope to realize that every human has value and potential. These small vignettes and many more, speak to his positive contributions. During this time I find myself reflecting on the words of my dear friend's dad, "We are all just one step away from making a poor decision that will change our lives". I share this advice with my own children and students, reminding them that although there may be consequences to our actions or lack thereof, there is always a chance for reconciliation and to make better decisions moving forward. I write humbly to you not knowing whether or not John is innocent or guilty. Rather, to share a glimpse of who he is. There is no doubt in my mind based on what I know about the positive impact John has made on countless people's lives and is presently making, through personal reflection and encouraging his fellow inmates, that he is making decisions daily to better himself and help those around him. He is modeling positivity, offering his teaching skills, and making the most of an extremely challenging situation with a positive attitude. There is absolutely no question in my mind that given the opportunity John will re-enter society ready to serve others. I am ready and willing to continue supporting him on his journey if you grant him this opportunity.

Sincerely

April 28, 2022

Dear Your Honor,

My name is ▉▉▉▉▉▉▉▉▉ and I am writing this letter on behalf of my friend John E. Murray, III. I have had the pleasure to have known both John and his family for nearly 47 years and in that time I have had the opportunity to interact with John in a variety of life experiences. In the years that I have known John we have established a friendship, worked side-by-side as colleagues, been active community members dedicated to the improvement of our town, acted as positive role models for our collective nieces and nephews and above all been strong advocates for the educational opportunities of all. It is my intent in writing this letter to share with you the many fine qualities and characteristics that I have observed throughout my friendship and working relationship with John.

I first met John when I became friends with his sisters Maureen and Lynn when the three of us were Middle School students in the small Central Massachusetts town where we grew up. My first impression of John, who was an elementary school student at the time, was that he was an intelligent, bright, fun-loving and happy child who shared a strong connection to his family. Having grown up with older brothers, I found in John a younger brother who enjoyed tagging around behind Maureen and I and rather than being a thorn in our side, we found that John's personality was engaging and his sense of humor and smile infectious. I spent many days of my childhood visiting at the Murray home and the fond memories I have of those times helped to shape my personality into adulthood.

During my later high school years and into my early college years, I was employed at the local grocery store in town as the evening office manager and supervisor of the cashiers and stock boys. When John was fourteen years of age, he secured a work permit which allowed him to be employed as a stock clerk and grocery bagger for the same grocery store. Normally, a person needed to be aged sixteen in order to be hired, but it was clear that in seeking employment at an age when others might still be enjoying carefree summer days that John was mature and already had his eye towards starting along the path to his future. John and I worked together for about two years there and it was throughout my daily interactions with John during this time period that I began to see him, not only as the sweet and endearing younger brother of my dear high school friends, but also as a person who had developed and honed many fine personal qualities in his own right. John proved to have a strong work ethic and was an extremely dependable employee. He was always in attendance and could even be counted on to overstay his assigned shifts if need be. One of my strongest memories of John from those early days was the way that he always cared for and treated the elderly patrons who would come into the store. He was respectful, kind, considerate and because of this he had a great following of senior men and women who eagerly looked forward to meeting up with him. He always seemed to treat them with the dignity and courtesy that they so deserved. In observing John in his dealings with these customers I began to see that John has a unique ability to meet people where they are at in life and he regards all people as important contributors to society.

John and I also worked together as teachers in the Memorial Elementary School in Winchendon, MA. It was here that the regard I saw that he had for the older generation of our community also came into play with the young students we were charged with teaching in our respective grade levels. I taught second grade and John was a 3rd and 5th grade teacher in his tenure at Memorial and eventually at the Toy Town Elementary School in our district when the Memorial Elementary School was divided due to the growing student population. John was always a popular and highly respected teacher, and once

again he showed his ability to meet students where they were in their lives and he always showed all students much respect, kindness, consideration and compassion. The socio-economic level of families in Winchendon runs the gamut between those who can adequately provide for their children's education and personal needs and those who are grossly unable to do so. Consequently, at times some of the children growing up in a family without means to provide are often found lacking in even the most basic of needs such as food, clothing, school supplies, the ability to participate in sports or attend field trips, etc. It's a harsh reality in the field of education but John did not accept this as appropriate and he eagerly sought out many resources both in the private and public sector to draw upon so that every student would have all the necessities that he or she might need in order to be successful and have a well-rounded educational experience. John developed a reputation as the person who could tackle any difficult task or obstacle and because of this characteristic he was asked to serve on many committees and panels in school and in town. John and I also served for over five years as executive board members of the Winchendon Teachers' Association with one of our primary responsibilities being to foster and support the well-being and educational needs of our fellow colleagues. We also served as members of the contract negotiating team and John worked diligently to be a strong voice and advocate for the needs of our fellow teachers.

John has always had the ability to build strong rapport with parents, fellow colleagues, and community members and he gained the respect of all who came to know him as a teacher, a colleague, or friend. Personally, I was extremely impressed with John's expertise and dedication as a classroom teacher and I lobbied the school's administration in order to have my own niece and nephew placed in his classroom as I wanted them to both benefit from the caring and dedicated individual that John Murray is. I knew that he would nurture their academic strengths while also mentoring their emotional and social growth. I have seen firsthand the positive influence he has had on many of the students and citizens of Winchendon and I too, count John's presence in my life a blessing.

Your honor, I am aware of the seriousness of the alleged counts against John and certainly I realize that mistakes may have been made, but it is my hope that you will be able to see a bit of the man that I have come to know and count as colleague and friend. John is genuinely a good-hearted and compassionate individual and I hope that you will see in him the positive light in which I ventured to demonstrate to you. Thank you.

Respectfully yours,