# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JOHN E. MURRAY III   ) | No. 1:22-CR-000117-PB |

### Addendum to Government's Sentencing Memorandum

Undersigned counsel hereby submits as an addendum to its sentencing memorandum two additional victim impact statements received today and attached hereto as Exhibits 2 and 3.

Dated: March 21, 2023

Respectfully submitted,
JANE E. YOUNG
United States Attorney

By: /s/ Kasey A. Weiland
Kasey A. Weiland
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552